IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

CURTIS CAMPBELL,  )
  )
    Plaintiff,  )  Civil No. 23-1203
  )
vs.  )
  )
PITTSBURGH POLICE, OFFICER PERRY  )
ALAN HILLS, JR., BADGE #4750,  )
OFFICER ANTONACE BADGE #4753,  )
AND SGT. MARCKISATTO,  )
  )
    Defendants.

**ORDER**

AND NOW, this 21st day of April 2025, following review of Plaintiff's submitted Certificates of Service (ECF No. 6) in response to this Court's May 24, 2024 Show Cause Order (ECF No. 5), the Court has no record, consistent with the Federal Rules of Civil Procedure, that Defendants have been properly served. Specifically, the documents filed by Plaintiff do not state that service of *the summons and complaint* was made; instead, the documents concern proof of service of a *subpoena to appear and testify at a hearing or trial in a civil action*. On said form, the server checked the box indicating that they served "the subpoena;" there is no mention of service of the summons and complaint. Moreover, the documents indicate that service was made by delivering the documents to a person who is not identified as a person designated to accept service of process, on behalf of each named Defendant, in accordance with Rule 4(e)(2)(C).

Without proper service, which provides notice to the Defendants of the lawsuit, the Court can neither enter a default against Defendants, nor reach the merits of Plaintiff's allegations in his Complaint. Accordingly, the Plaintiff shall have until May 22, 2025 to effectuate proper

service upon Defendant under the pertinent procedures under Federal Rule of Civil Procedure 4 and file evidence of said service.

IT IS FURTHER ORDERED that if no proper service is filed, it will be construed by the Court as Plaintiff's consent to the dismissal of the Complaint for failure to prosecute.

                                                     s/*Marilyn J. Horan*
                                                 Marilyn J. Horan
                                                 United States District Judge

Curtis Campbell, pro se
1935 Letsche Street
Pittsburgh, PA 15214